In the Matter of JAMES P. MAZZONE, Appellant.

DAVID HJORTH et al., Respondents.

Submitted October 3, 1938; decided October 4, 1938.

*Edwin C. Hamburg* and *Merle I. St. John* for motion.

*Samuel Feuer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.